NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUMBERMENS MUTUAL CASUALTY COMPANY,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-5086, -5087

---

Appeal from the United States Court of Federal Claims in case no. 04-CV-1255, Senior Judge Robert H. Hodges, Jr.

---

## ON MOTION

---

## ORDER

The United States moves for a 10-day extension of time, until November 8, 2010, to file its reply brief.

IT IS ORDERED THAT:

The motion for an extension of time to file the reply brief is granted.

FOR THE COURT

**NOV 3 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew C. Hoyer, Esq.
     Donald E. Kinner, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**NOV 0 3 2010**

JAN HORBALY
CLERK